McGREGOR W. SCOTT
United States Attorney
SHEA J. KENNY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-00172 MCE |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| MARIA MOSQUEDA GONZALEZ, | DATE: October 11, 2018 TIME: 10:00 a.m. |
| Defendant. | COURT: Hon. Morrison C. England, Jr. |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on October 11, 2018.

2.      By this stipulation, defendant now moves to continue the status conference until November 15, 2018, and to exclude time between October 11, 2018, and November 15, 2018, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes 1074 pages of documents, including documents related to the defendant's prior immigration proceedings, contacts with immigration officials, and previous criminal cases. All of this discovery has been either produced directly to counsel and/or made available for

1    inspection and copying.

2           b)      Counsel for defendant desires additional time to conduct investigation and

3    research, to review discovery in this matter, to consult with his client, and to discuss potential

4    resolutions with his client.

5           c)      Counsel for defendant believes that failure to grant the above-requested

6    continuance would deny him the reasonable time necessary for effective preparation, taking into

7    account the exercise of due diligence.

8           d)      The government does not object to the continuance.

9           e)      Based on the above-stated findings, the ends of justice served by continuing the

10   case as requested outweigh the interest of the public and the defendant in a trial within the

11   original date prescribed by the Speedy Trial Act.

12          f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

13   et seq., within which trial must commence, the time period of October 11, 2018 to November 15,

14   2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

15   T4] because it results from a continuance granted by the Court at defendant's request on the basis

16   of the Court's finding that the ends of justice served by taking such action outweigh the best

17   interest of the public and the defendant in a speedy trial.

18   / / /

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

1    4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

2    Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3    must commence.

4          IT IS SO STIPULATED.

5
     Dated:  October 9, 2018                          McGREGOR W. SCOTT
6                                                     United States Attorney

7
                                                      /s/ SHEA J. KENNY
8                                                     SHEA J. KENNY
                                                      Assistant United States Attorney
9

10
     Dated:  October 9, 2018                          /s/ DAVID PORTER
11                                                    DAVID PORTER
                                                      Counsel for Defendant
12                                                    MARIA MOSQUEDA
                                                      GONZALEZ
13

14

15                                         **ORDER**

16          IT IS SO ORDERED.

17   Dated:  October 11, 2018

18

19                                                    MORRISON C. ENGLAND, JR
                                                      UNITED STATES DISTRICT JUDGE
20

21

22

23

24

25

26

27

28